```
 1  Ronald A. Marron (SBN 175650)
    Alexis M. Wood (SBN 270200)
 2  Kas L. Gallucci (SBN 288709)
 3  LAW OFFICES OF RONALD A.
    MARRON, APLC
 4  651 Arroyo Drive
 5  San Diego, California 92103
    Tel: 619.696.9006
 6  Fax: 619.564.6665
 7
 8  J. Dominick Larry
    NICK LARRY LAW LLC
 9  55 E Monroe St, Suite 3800
10  Chicago, Illinois 60603
    Tel: 773.694.4690
11  Fax: 773.694.4691
12
13  *Counsel for Plaintiff and the Proposed Class*
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNETTE WALTON, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVERALBUM, INC., d/b/a PARAVISION a Delaware Corporation,<br><br>Defendant. | Case No.: 4:20-cv-06895-JSW<br><br><u>CLASS ACTION</u><br><br>**JOINT MOTION TO DISMISS PURSUANT TO RULE 41(a)(1)(A)(ii)** |

---

*Walton v. Everalbum, Inc.,* Case No. 4:20-cv-06895-JSW
JOINT MOTION TO DISMISS PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lynette Walton and Defendant Everalbum, Inc., by and through their undersigned attorneys, hereby stipulate and agree to the dismissal of this action with prejudice as to Plaintiff Walton's individual claims and without prejudice as to the claims of the putative class members. Each party shall bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: January 29, 2021     LAW OFFICES OF RONALD A. MARRON

By: _____*/s/ Kas L. Gallucci*_____
Kas L. Gallucci

*Attorneys for Plaintiff and the Proposed Class*

Dated: January 29, 2021     NICK LARRY LAW LLC

By: _____*/s/ J. Dominick Larry*_____
J. Dominick Larry

*Attorneys for Plaintiff and the Proposed Class*

Dated: January 29, 2021     HOGAN LOVELLS US LLP

By: _____*/s/ Krista S. Schwartz*_____
Krista S. Schwartz

*Attorneys for Defendant*
**EVERALBUM, INC**

**ATTESTATION OF SIGNATURE**

I, Kas Gallucci, am the ECF User whose ID and password are being used to file the Joint Motion to Dismiss. In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: January 29, 2021

By: _____*/s/ Kas L. Gallucci*_____
             Kas L. Gallucci