1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| LYNETTE WALTON, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVERALBUM, INC., d/b/a PARAVISION a Delaware Corporation,<br><br>Defendant. | Case No.: 4:20-cv-06895-JSW<br><br><u>CLASS ACTION</u><br><br>**[~~PROPOSED~~] ORDER FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff LYNETTE WALTON ("Plaintiff") and Defendant EVERALBUM, INC. ("Defendant'), by and through their counsel, having filed their Joint Motion to Dismiss, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

    IT IS, THEREFORE, ORDERED that all individual claims of Plaintiff against Defendant are dismissed with prejudice, and the claims of the putative class members are dismissed without prejudice. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

Dated: February 1, 2021

*/s/ Jeffrey S. White*
The Honorable Jeffrey S. White
United States District Judge

1

*Walton v. Everalbum, Inc.,* Case No. 4:20-cv-06895-JSW
[~~PROPOSED~~] ORDER FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)